RECEIVED
FEB 24 2012
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court
STATE AND DISTRICT OF MINNESOTA

*Amended*

UNITED STATES OF AMERICA

v.

JULIAN OKEAYAINNEH, et al.

**Government's Exhibit List**

Criminal No. 11-cr-87 (MJD/JJK)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable Michael J. Davis | Ann M. Anaya, AUSA<br>Lola Velazquez-Aguilu AUSA | Jean Brandl<br>Glenn P. Bruder<br>Myles Schneider<br>Daniel Mohs |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| February 7, 2012 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | | | 2-8 | FDIC, Banks, FDIC Certificates |
| 2 | | | | 2-8 | NCUA Certificate for Wescom Credit Union |
| 3 | | | | | Anchor Bank, M.S., Northcoast Seafood Imports and Exports, x2923, B-Checking |
| 4 | | | | | Anchor Bank, M.S., x5251, Checking |
| 5 | | | | | Associated, J.B., Brough Home Care, x8215, B-Checking |
| 6 | | | | | Associated, J.B., Brough Home Care, x1620, Savings |
| 7 | | | | | Associated, J.B., Gorton's USA, x8223, B-Checking |
| 8 | | | | | Associated, J.B., Gorton's USA, x1638, Savings |
| 9 | | | | | Associated, L.H., x8754 |
| 10 | | | | | Associated, L.H., x4842 |
| 11 | | | | | Associated, L.H., Lantic Sugar, x5740, Savings |
| 12 | | | | | Associated, L.H., Lantic Sugar, x9139 |
| 13 | | | | | Associated, F.O., Cambell Sales Co., x5121 |
| 14 | | | | | Associated, F.O., Cambell Sales Co., x6837 |
| 15 | | | | | Associated, F.O., Okano Health Care Co., x5139 |
| 16 | | | | | Associated, F.O., Okano Health Care Co., x6845 |
| 17 | | | | | List of Associated Bank branch codes |
| 18 | | | | | Bank of America, J.R., 6182 & 0607 |
| 19 | | | | | Bank of America, S.S., Vision Tech Dist. Inc., x2261 and x2850 |
| 20 | | | | | Bank of the West, S.K. M., x8599 |

SCANNED FEB 24 2012 U.S. DISTRICT COURT MPLS

| PLF. NO. | DEF. NO | DATE OFFERED | MARKED | Al. | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 21 | | | | 2-8 | Bank of the West, S.K. M., US Weekly Company, x5488 |
| 22 | | | | | Chase (JP Morgan), J.A., x0495 - x1977 |
| 23 | | | | | Chase (JP Morgan), B.A., x9318 |
| 24 | | | | | Chase (JP Morgan), J.B., x1249 |
| 25 | | | | | Chase (JP Morgan), D.B. x6124 |
| 26 | | | | | Chase (JP Morgan), D.J.B., x5189 - x2347 |
| 27 | | | | | Chase (JP Morgan), B.B. x0960 - x1949 |
| 28 | | | | | Chase (JP Morgan), D.G.B., x1041 - x3017 |
| 29 | | | | | Chase (JP Morgan), W.C., x5879 |
| 30 | | | | | Chase (JP Morgan), A.D., x5636 |
| 31 | | | | | Chase (JP Morgan), R.G., x4803 |
| 32 | | | | | Chase (JP Morgan), C.G., x9931 |
| 33 | | | | | Chase (JP Morgan), L.H., x9836 |
| 34 | | | | | Chase (JP Morgan), R.K., x9968 |
| 35 | | | | | Chase (JP Morgan), K.M., x6837 |
| 36 | | | | | Chase (JP Morgan), J.O., x9646 |
| 37 | | | | | Chase (JP Morgan), T.O., x2029 |
| 38 | | | | | Chase (JP Morgan), M.R., x7346 |
| 39 | | | | | Chase (JP Morgan), S.S., x7986 |
| 40 | | | | | Chase (JP Morgan), M.S., x1593 |
| 41 | | | | | Chase (JP Morgan), J.S., x6674 |
| 42 | | | | | Chase (JP Morgan), S.P.S., x8742 - x0226 |
| 43 | | | | | Chase (JP Morgan), J.S., x6497 |
| 44 | | | | | Chase (JP Morgan), J.S., x7585 |
| 45 | | | | | Chase (JP Morgan), J.T., x2290 |
| 46 | | | | | Chase (JP Morgan), E.W., x4279 |
| 47 | | | | | Chase (JP Morgan), L.W., x6100 |
| 48 | | | | | Citibank, S.N., x5574 |
| 49 | | | | | Citibank, C.T., x2051, x2184 |
| 50 | | | | | Guaranty Bank, A.M., Ames Construction, x3388 and x3396 |
| 51 | | | | | TCF, J.B., NDEX West, x4779 |
| 52 | | | | | TCF, J.B., Scottdale Healthcare, x4780 |
| 53 | | | | | TCF, J.B., Xerox, USA, x4781 |
| 54 | | | | | TCF, S.C., Corbo Cleaning, 2608, 2566 & 2544 |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | A. J | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 55 | | | | 2-8 | TCF, M.S., x9306 and x9219 |
| 56 | | | | | TCF, Bernard Thomas x8539, |
| 57 | | | | | List of TCF branch codes |
| 58 | | | | | US Bank, D.B., x9651 & x3692 |
| 59 | | | | | US Bank, C.G., video photo from C.G. Chase transaction 11/26/10 bank video |
| 60 | | | | | US Bank L.H., video photo from LH. Chase transaction 11/26/10 bank video and receipt |
| 61 | | | | | US Bank, L.H., Highfill Maintanence Co., x2823 & x6583 |
| 62 | | | | | US Bank, L.H., Lantic Sugar x6633 and x2922 |
| 63 | | | | | US Bank, J.J., Moxie Pictures 3, Chevron, Air Methods, HR of Nashville, P&G Distribution & Proctor & Gamble, x2705, x2713, x2721, x2739, x2747 and x2754 |
| 64 | | | | | US Bank, S.K. , US Weekly, x7563 |
| 65 | | | | | US Bank, M.S., x9727 & x3684 |
| 66 | | | | | US Bank, L.S., Trans Canada Turbines USA and Cooper Power Systems USA, x5584 & x5576 |
| 67 | | | | | US Bank, J.T, International Paper 1, x0347 & x0271 |
| 68 | | | | | List of US Bank branch codes |
| 69 | | | | | Wells Fargo, S.A., International Paper C3, Siemens Healthcare, Helmerich & Payne, International Drilling, Direct Energy, Moxie Pictures & Pollock Paper, x3938/x2786, x2778/x3979, x1346/x3961, x2729/x3953, x2802/x9741, x3946/ x2794 |
| 70 | | | | | Wells Fargo, Black, Joseph, Black's All Care Service, x2906, x9471 |
| 71 | | | | | Wells Fargo, D.B.,  x5854 and x7010, |
| 72 | | | | | Wells Fargo, S.C,  x1998, |
| 73 | | | | | Wells Fargo, T.F., x3171 & x0085, |
| 74 | | | | | Wells Fargo, T.F. audit trail |
| 75 | | | | | Wells Fargo, E.H.  x7564 & x2942 |
| 76 | | | | | Wells Fargo, G.H.  x8513 & x1431, |
| 77 | | | | | Wells Fargo, K.K., Frank Brunckhurst USA, International Papers USA, Leprino Food USA, x0120,  x8904/x0609, x8912/x0591 |
| 78 | | | | | Wells Fargo, Okeayainneh, Julian  x7224, |
| 79 | | | | | Wells Fargo, M.P.,  x9279, |
| 80 | | | | | Wells Fargo, T.S., Citgo -Nestle USA, x0146 and x0138 |
| 81 | | | | | Wells Fargo, S.S., x3515, x1998 & x3675 |

| PLF NO | DEF NO | DATE OFFERED | MARKED | AL | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 82 | | | | 2-8 | Wells Fargo, D.B./S.S. audit trail |
| 83 | | | | | Wells Fargo, S.S. audit trail |
| 84 | | | | | Wells Fargo, T.S., Roland Investments, x1437 & x0104 |
| 85 | | | | | Wells Fargo, J.S., x3432 & x7328 |
| 86 | | | | | Wells Fargo, A.S., x5178 |
| 87 | | | | | Wells Fargo, Trust Auto Sales, Signors: B./S., x9855 & x1953 |
| 88 | | | | | Wells Fargo records related to purchase of Cashier's Check payable to Manheim Motors |
| 89 | | | | | List of Wells Fargo Bank branch codes |
| 90 | | | | | Wescom, J.J. x1032 |
| 91 | | | | | Wescom, Reneasha Jones x6085 |
| 92 | | | | | Simple Mobile Betty White phone records |
| 93 | | | | | Sprint Okeayainneh, Coker, Dwamina, Grigsby and Jidoefor phone records |
| 94 | | | | | Time Warner, Betty White phone records |
| 95 | | | | | T-Mobile, Adejumo, Adeniran and Coker phone records |
| 96 | | | | | Verizon, Bernard Thomas phone records |
| 97 | | | | | FedEx, Julian Okeayainneh, 5440 Crenshaw Blvd & Bernard Thomas, Shipping records to/from MN |
| 98 | | | | | 3 Star Postal Service - 5440 Crenshaw Blvd., PO Box Rental documents |
| 99 | | | | | Millenium Hotel-Minneapolis, Betty White, hotel invoice |
| 100 | | | | | Monte Carlo Las Vegas Resort and Casino, Julian Okeayainneh hotel records |
| 101 | | | | 2-8 | Yahoo Internet address, Yoggar777 & Reborm333, Email address and account records |
| 102 | | | | 2-9 | Las Vegas PD, Angela Grigsby, items from arrest on 5/28/10 |
| 103 | | | | 2-8 | Eau Claire PD, Angela Grigsby, items from arrest on 11/3/10 |
| 104 | | | | 2-9 | Airport Super Storage - Ontario, CA, A.C., AKA Julian Okeayainneh, Unit C0201, Rental Documents, entry logs, invoices and photos |
| 105 | | | | 2-9 | Airport Super Storage - Ontario, CA, video and photos of Julian Okeayainneh arriving at storage locker and departing storage locker 10/10 -12/10 |
| 106 | | | | 2-9 | Julian Okeayainneh - on person- consent search items, evidence bag |

| PLF. NO | DEF NO. | DATE OFFERED | MARKED | AL. | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 107 | | | | 2-9 | Julian Okeayainneh - on person - stand alone consent search items, copy of handwritten note with J.B.'s name, Babies R US gift cards (matches LH Chase card purchase) and WFB Transaction records, notes on % of cuts |
| 108 | | | | 2-9 | Julian Okeayainneh consent car search items, Consent Item #1, Consent Item 1 evidence bag |
| 109 | | | | 2-9 | Julian Okeayainneh Consent car search items, Stand Alone Item 1 Car, Copy of handwritten note re: sending Lantic Surgar to Assoc Bank (In eye glass case), copy of handwritten notes listing companies, copy of handwritten note with J.B. and Associated Bank information, copy of handwritten note with names and amounts, sample copies of shipping records, copy of Manheim receipt purchase of 2010 Mercedes, copy of envelope with Associated Bank information, copy of proof of insurance, handwritten note in ID of J.E., 5440 Crenshaw Blvd., #101. |
| 110 | | | | 2-9 | Julian Okeayainneh consent car search items, cell phone 909-771-1462 from vehicle 12/17/10 |
| 111 | | | | 2-9 | Julian Okeayainneh consent car search items, cell phone 808-216-3216 from vehicle 12/17/10 |
| 112 | | | | 2-9 | California storage locker search warrant item 30, keys from Julian Okeayainneh and lock to Unit C21 |
| 113 | | | | 2-9 | California storage locker search warrant inventory 12/17/10 |
| 114 | | | | | California storage locker Unit C21, search warrant photos |
| 115 | | | | | California storage locker search warrant items, Item 2 from Unit C21 |
| 116 | | | | | Stand alone Item 2, copy of torn note & copy of torn check payable to Campbell Soup |
| 117 | | | | | California storage locker search warrant item 3 from Unit C21 |
| 118 | | | | | Stand alone Item 3, copies of passport photos, copies of credit card mailers with handwritten notes, receipts for business name registration -CA, Minnesota identity and other names, copies of IDs and cards & copies of handwritten notes |
| 119 | | | | | California storage locker search warrant items, item 5 from Unit C21 |
| 120 | | | | | Stand Alone 5, Copy of Yahoo e-mail with ID info addressed to Yoggar, Credit card mailer in name of C.S., medical printout with identity info of S.C., envelope with note "new" & "not touched yet" with IDs/mailers in envelope, copy of checks payable to J.B, S.S. & Vision Tech registration docs, Print out of list of Identities - MF and a MN victim, handwritten note with K.K. ID information, C.D. ID & account information, mailer from Chase with M.S. information on it and handwritten note with B.A. identity information, T.B. identity info |

| PLF. NO. | DEF NO | DATE OFFERED | MARKED | A. | J | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| 121 | | | | | | California storage locker search warrant item 6 from Unit C21 |
| 122 | | | | 2/9 | | Stand alone 6, copy of credit card D.B. and K.K. and note with D.B. Minnesota WFB acct #s, note with F.O., envelope with note "re-visit in Jan 2011, handwritten note re: K.K., copies of J.S. WFB stmt and opening deposit, copy of note with Xerox USA 37,890, NDEX West 23,043.40, handwritten note re: Walker (Coker's phone - IA), copy of Citibank folder and sample opening docs re: Taylor, copy of WFB envelope with Burger acct info inside, E.H. WFB opening docs, Stocker check book, WFB account opening folders for Arnett dba Moxie Pictures, Direct Energy, Siemans Healthcare, International Drilling, International Paper, Pollock Paper, R.O. credit report, L.S.IDs' and WFB stmts, D.B. and S.S. notes, P.S. (MN victim) notes and WFB stmt, note with Crenshaw address. Julian Okeayainneh handwritten notes. |
| 123 | | | | | | California storage locker search warrant Item 7 from Unit C21 |
| 124 | | | | | | Stand alone 7, copies of credit cards in names of K.K., T.S., T.S. and E.H. with DBAs, J.J. IDs (Grisby & other female), check book and correspondence, SIM Cards (J.B. & others), S.A. ID info, Fake IDs, Stamp ID info, A.C. and instruction sheet for ID, J.T. ID information and L.S. ID information and Chase records, B.A. ID information, M.S. identity information, J.K. identity info., T.D. identity info., J.J. identity info |
| 125 | | | | | | California storage locker search warrant item 10 from Unit C21 |
| 126 | | | | | | California storage locker search warrant item 11 from Unit C21 |
| 127 | | | | | | California storage locker search warrant item 13 from Unit C21 |
| 128 | | | | | | Stand alone Item 13, handwritten note on deposit envelope S.K. information, handwritten note & ID re: JJ and Yoggar777, Bank of West deposit slip and deposit records, certificate of fictitious name, US Weekly, new US Bank account card ending 7563, correspondence US Bank & Capital One re: S.K., page 1 credit report, copy of deposit slip Bank of the West, account ending 5488, US Bank Deposit slip and check stub re: S.K., account ending 7563, copies of records re: E.H. |
| 129 | | | | | | California storage locker search warrant item 14 from Unit C21 |
| 130 | | | | | | Stand alone Item 14, copy of S.N. DL (Julian Okeayainneh photo) & SSN card and note with S.N., credit report S.N. with handwritten notes. |
| 131 | | | | | | California storage locker search warrant items, photocopies of passport size photos found in locker. |
| 132 | | | | | | California storage locker search warrant items, photocopies of drivers licenses with Julian Okeayainneh's photo found in locker. |
| 133 | | | | | | California storage locker search warrant items, photocopies of all other drivers licenses found in storage locker |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | AJ | DESCRIPTION of EXHIBITS |
|---|---|---|---|---|---|
| 134 | | | | 2-9 | Item 12 and California storage locker search warrant items, electronics from storage locker (thumbdrive, floppy disks) |
| 135 | | | | | California storage locker search warrant items, copies of commercial checks found in storage locker. |
| 136 | | | | | Summary Schedule of face value and total of commercial checks from storage locker. |
| 137 | | | | | California storage locker search warrant items, copies of Chase mailers found in storage locker |
| 138 | | | | 2-9 | Summary Schedule of copies of Chase mailers from storage locker |
| 139 | | | | 2-9 | Disk containing identity information from storage locker |
| 140 | | | | 2-9 | Julian Okeayainneh's statement, copies of documents shown to him on 1/18/11 |
| 141 | | | | 2-9 | Jail calls, Julian Okeayainneh jail call recordings |
| 142 | | | | 2-9 | Jail calls, Julian Okeayainneh jail call transcripts |
| 143 | | | | 2-9 | SIM card from Jamie Brynteson |
| 144 | | | | 2-10 | Computer Forensic reports from electronic media from California storage locker - by Special Agent Humbert |
| 145 | | | | 2-9 | California storage locker search warrant items - from disks, printout of washed US Treasury check # 3481 from CD disk recovered from locker |
| 146 | | | | 2-9 | Records regarding US Treasury Check,# 3481 |
| 147 | | | | 2-10 | Data recovery report - Julian Okeayainneh phone 909-771-1462 |
| 148 | | | | 2-10 | Data recovery report - Julian Okeayainneh phone 808-216-3216 |
| 149 | | | | 2-10 | Data recovery report - J. B. SIM card |
| 150 | | | | | Copy of check number x9411, payable from National Financial Services |
| 151 | | | | 2-14 | Consent search of Borode Akinropo's vehicle at airport, handwritten note |
| 152 | | | | 2-14 | Consent search of Borode Akinropo's vehicle at residence, Texas ID in name of T.O., Chase Master Card in name of T.O. and Visa Debit card |
| 153 | | | | 2-14 | Consent search of Borode Akinropo's residence, passport photo of person posing as S.C. |
| 154 | | | | 2-10 | Items from the arrest of Jacqueline Clack by Clear Lake Iowa Police Department on 3/6/06. |
| 155 | | | | 2-10 | Items from arrest of Oladipo Coker et al., in Iowa on 12/28/07 |
| 156 | | | | 2-10 | 6 phones from arrest of Oladipo Coker et al., by Clear Lake Iowa Police Department on 12/28/07 |

| PLF NO | DEF NO. | DATE OFFERED | MARKED | AL | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 157 | | | | 2-10 | Forensic report from the phone from Iowa arrest |
| 158 | | | | 2-10 | Photo of Oladipo Coker on 1/7/10 from traffic stop |
| 159 | | | | 2-10 | Southdale Mall surveillance video prior to Olugbenga Adeniran arrest |
| 160 | | | | 2-10 | Southdale Mall arrest processing video of Olugbenga Adeniran - 1/7/10 |
| 161 | | | | 2-10 | Southdale Mall arrest - Olugbenga Adeniran, Oladipo Coker - 1/7/10 Items from Olugbenga Adeniran's person at arrest |
| 162 | | | | 2-10 | Southdale Mall processing of Olugbenga Adeniran - 1/7/10 arrest recorded statement & transcription (Scales tape) |
| 163 | | | | 2-10 | Goodman Jewelers Photos - Kabaso Manda |
| 164 | | | | | Mall of America photos, Olugbenga Adeniran using J.O. |
| 165 | | | | | Mall of America receipt from Chase for gift card purchases - Olugbenga Adeniran using name J.O. |
| 166 | | | | | Mall of America photos - Kabaso Manda |
| 167 | | | | | Mall of America receipt from Chase for gift card purchases - Kabaso Manda |
| 168 | | | | | Nordstrom's Mall of America photos Kabaso Manda & Adetokunbo Adejumo |
| 169 | | | | | Nordstrom's Mall of America receipts (certified), Kabaso Manda & Adetokunbo Adejumo |
| 170 | | | | | Sears Mall of America photos - Kabaso Manda |
| 171 | | | | | Sears Mall of America receipts (certified), Kabaso Manda |
| 172 | | | | | SuperAmerica photo, Oladipo Coker using name E.W. |
| 173 | | | | | TCF photo (certified), Olugbenga Adeniran using name A.D. |
| 174 | | | | | TCF photos Olugbenga Adeniran using name J.O. |
| 175 | | | | | US Bank surveillance photos (certified) Kabaso Manda using name J.A. |
| 176 | | | | | US Bank surveillance photos (certified) Kabaso Manda using name R.K. |
| 177 | | | | | US Bank surveillance photos (certified) Olugbenga Adeniran using name B.B. |
| 178 | | | | | US Bank surveillance photos (certified) Olugbenga Adeniran using name D.G.B. |
| 179 | | | | 2-10 | Edina PD search warrant - 819 42nd Ave., N., Minneapolis, SW Item Box#1, top drawer of file cabinet (#25, File Drawer #3), Piece of paper with handwritten identity info to include J.A. and J.F. |

| PLF NO | DEF NO | DATE OFFERED | MARKED | A D | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 180 | | | | 2/10 | Edina PD search warrant - 819 42nd Ave., N., Minneapolis, SW Item Box #6 (#5 found in desk), passport size photos, identity info on G.F., Wells Fargo bank documents in name of G.F., copy of Social Security card and Minnesota DL in name G.F. |
| 181 | | | | | Edina PD search warrant - 819 42nd Ave., N., Minneapolis, SW item Box #7 (#40 Attic Bedroom), shipping and car repair bills from AJ Auto, Golden Osagiede, Adetokunbo Adejumo Minnesota drivers license, notebook-3352 Knox Ave., N, Mpls., passport size photos |
| 182 | | | | | Edina PD search warrant - 819 42nd Ave., N., Minneapolis, SW Item Box #10 (#43 bedroom), J.A. Minnesota ID card, credit cards, Social Security cards, etc |
| 183 | | | | | Edina PD search warrant - 819 42nd Ave., N., Minneapolis, SW Item #41 (found in attic bedroom) Fed Ex airbill with the phone number 404-838-1786 on it |
| 184 | | | | 2-10 | Hennepin County Sheriff's Office jail call logs and tapes from Olugbenga Adeniran |
| 185 | | | | 2-10 | Hennepin County Sheriff's Office jail call translations for Olugbenga Adeniran |
| 186 | | | | 2-13 | Chase (JP Morgan) Summary Chart, Investigation Summary |
| 187 | | | | 2-13 | Chase (JP Morgan) Debit Cyber Investigation recordings and transcripts |
| 188 | | | | 2-13 | Chase (JP Morgan) Summary Chart of Chase Credit Indiana / California mail theft victims |
| 189 | | | | 2-13 | Chase (JP Morgan), Summary Chart, Chase accounts accessed by phone numbers linked to Okeayainneh & Coker |
| 190 | | | | 2/21 | Summary schedule of Chase card used Nov. 2009 - Jan 2010 |
| 191 | | | | 2/21 | Summary of Chase credit card accounts accessed by known defendants phones and losses |
| 192 | | | | 2-13 | Undercover documents, Joseph Black & W. H., Minnesota drivers license & Certificate of Assumed Name & Utility Bill for J. Black & W. H. |
| 193 | | | | 2-13 | Undercover documents, Joseph Black Social Security number & Black's All Care Services EIN, documents to open account with Fawsiyo Farah - Yellow sticky paper with Identifiers for J. Black & Check used to open acct, |
| 194 | | | | 2-13 | Undercover documents, Joseph Black Wells Fargo undercover account opening documents for J. Black that CI left the bank with from Fawsiyo Farah |

| PLF NO. | DEF NO | DATE OFFERED | MARKED | AL D | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 195 | | | | 2-13 | Undercover documents, Joseph Black Wells Fargo Debit card received in mail, Joseph Black, Black's All Care Service Debit card and mailings from Wells Fargo for account opening with Fawsiyo Farah |
| 196 | | | | 2-13 | Undercover operation tapes / transcripts with Fawsiyo Farah, 2/10/11 |
| 197 | | | | 2-14 | Undercover documents, Joseph Black documents to open US bank account, Pacific West Escrow Service check & paper & identity information - to open acct with Nana Osei-Tutu |
| 198 | | | | 2-14 | Undercover documents, US Bank account records CI was given by Nana Osei-Tutu, US Bank Temporary Checking #104779270453 - received from Nana Osei-Tutu |
| 199 | | | | 2-14 | Undercover operation tapes / transcripts with Nana Osei-Tutu, 10/7/10 |
| 200 | | | | 2-14 | Undercover operation tapes / transcripts with Nana Osei-Tutu, 10/13/10 |
| 201 | | | | 2-14 | Items shown Nana Osei-Tutu post Miranda statement 3/9/11. |
| 202 | | | | 2-14 | Undercover documents, Joseph Black Documents used to open Associated Bank Account, Mailer with EIN written on it & yellow sticky paper with identity information to open acct with Charles Dwamina |
| 203 | | | | 2-14 | Undercover documents, Associated Bank account records CI was given by Charles Dwamina, Associated Bank folder with account opening documents CI received from Charles Dwamina |
| 204 | | | | 2-14 | Copy of info off CI 2's computer with D.B. and S.S. information and yahoo address "yoggar 777" and Oladipo Cokers' email address "oleakintoye" |
| 205 | | | | 2-14 | Notes Obtained by CI from Oladipo Coker on 7/23/10, yellow sticky papers with identifiers for D.B. & S.C. |
| 206 | | | | 2-9 | Associated Bank Cashier's Checks purchased from J.B. accounts 11/3/10 which Oladipo Coker gave to the CI on 11/4/10 |
| 207 | | | | 2-14 | Photo of CI 2 phone of L.H. text from Oladipo Coker |
| 208 | | | | 2-8 | Minnesota Financial Crimes Task Force arrest of Charles Akuffo on 12/15/09; items recovered from Charles Akuffo's person and photos taken during arrest 12/15/09 |
| 209 | | | | 2-16 | U.S. Bank records for D.B. account x9651 & x 3692 |
| 210 | | | | 2-13 | TCF investigative summary regarding J.B. related accounts |
| 211 | | | | 2-15 | Yahoo e-mail printout, AT&T invoice and Social Security number ID re: S.C. recovered from Jonathan Earley's business 3/9/11 |
| 212 | | | | 2/1x | Summary schedule of Wells Fargo Bank accounts accessed by Julian Okeayainneh's cell 909-771-1462 |

| PLF NO | DEF NO | DATE OFFERED | MARKED | A̶ ̶ ̶ ̶ ̶ ̶ ̶ | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 213 | | | | 2/17 | Electronic journals and photos of person making deposits/withdrawals into Wells Fargo Bank account of Julian Okeayainneh, account # x7224 |
| 214 | | | | 2/17 | Wells Fargo Bank summary of cases linked to California storage locker data |
| 215 | | | | 2/17 | Phone Analysis Summary Chart, Julian Okeayainneh and Oladipo Coker and others |
| 216 | | | | 2/21 | Schedules of bank accounts |
| 217 | | | | 2/21 | Chart of TCF and Associated Bank - J.B. deposits and withdrawals and purchase of Cashier's Check made payable to Manheim Motors |
| 218 | | | | 2-9 | Chart of California storage locker |
| 219 | | | | 2/22 | Minnesota based residents with passport sized photos in California storage locker |
| 220 | | | | 2/22 | Chart of victim global locations from California storage locker |
| 221 | | | | 2/22 | Chart - map of USA and conspiracy |
| 222 | | | | 2-8 | Chart - organization/conspiracy of all defendants |
| 223 | | | | 2-8 | Chart - defendants charged in Indictment |
| 224 | | | | 2-8 | Chart - defendants in trial |
| 225 | | | | 2-8 | Photographs of co-conspirators |
| 226 | | | | 2-13 | CI #1 Agreement and ledger of payments |
| 227 | | | | 2-13 | CI #2 Agreement and ledger of payments |
| 228 | | | | 2-15 | Signature card for Associated Bank Joseph Black account |
| 229 | | | | 2/17 | Wells Fargo Humboldt African Food Market application, x4819 and check |
| 230 | | | | 2/17 | Wells Fargo Dwamina audit trail, account x4819 |
| 231 | | | | 2/17 | Wells Fargo David audit trail, account x4819 |
| 232 | | | | 2-9 | San Bernardino jail calls, transcript with Betty White |
| 233 | | | | 2/17 | 07/23/10 call summary with Oladipo Coker's phone 310-483-0821 |
| 234 | | | | 2/17 | Call summary between Bernard Thomas and Julian Okeayainneh |
| 235 | | | | 2/22 | Chart - Angela Grigsby Travel |
| 236 | | | | 2-15 | Chart - Emails |
| 237 | | | | | Chart - Counts |
| 238 | | | | 2-9 | Julian Okeayainneh Federal 404(b) |
| 239 | | | | 2-9 | Julian Okeayainneh State 404(b) |
| 240 | | | | 2-10 | Olugbenga Adeniran 404(b) |

| PLF NO | DEF NO | DATE OFFERED | MARKED | A    D | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 241 | | | | 2-16 | U.S. Bank summary of cash outs from accounts of J.T., S.K., L.S. |
| 242 | | | | 2-16 | U.S. Bank key log |
| 243 | | | | 2-15 | |
| 244 | | | | 2-15 | |
| 245 | | | | 2/20 | |
| 246 | | | | 2/21 | |
| 247 | | | | 2/22 | |
| 248 | | | | 2/22 | |
| 249 | | | | | |
| 250 | | | | | |

Defense

| | | |
|---|---|---|
| 1 | 2/22 | business card |
| 2 | 2/22 | awards |