**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal. No. 11-87 (MJD/JJK) |
| Plaintiff, | |
| v. | **FINAL ORDER OF FORFEITURE** |
| 1. JULIAN OKEAYAINNEH, | |
| Defendant. | |

WHEREAS, on August 13, 2012, this Court entered a Preliminary Order of Forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C § 982(a)(1), 18 U.S.C. § 982(a)(2)(B), and 28 U.S.C. § 2461(c), forfeiting the following property to the United States:

   a. eight (8) Apple IPads, serial numbers GB040MLUETV, J3034HQAETV, J3038KUPETV, GB039H7YZ3A, B039KENZ3A, B039OFOA90, V5038ZETETV, and G B040R8TETV;

   b. six (6) Dell Inspiron Laptops, serial numbers 4GHH9N1, G5PT7N1, G8CH9N1, CSKT7N1, J2BLDL1, and JMQR8L1;

   c. two (2) Acer Aspire Laptops, serial numbers LXPY90200101907F472000, and XPY9020010221EDA62000;

   d. MacBook Air Apple Laptop, serial number W8811J3MY51;

   e. HP Pavilion Desktop and Monitor, serial number MXX0270LK9;

   f. two (2) HP DeskJet F4580 Printers, serial numbers CN074C71W7, and CN981BQ217;

   g. Toshiba Laptop, serial number 2100512200176;

   h. two (2) Sony Vaio Laptops, serial numbers 54032350300100, and 329502361;

i. two (2) HP Pavilion Notebooks, serial numbers CNF9429BDR, and CNF0265TNQ;

j. HP Mini 210, serial number CNF00411G4;

k. two (2) HP Notebooks, serial numbers CNF02179GK, and CNF0297Q5B;

l. HP Touch Smart PC, serial number 3CR93911CW;

m. Bose Wave Radio, serial number 034037C73475470AC;

n. Panasonic Cordless Phone System;

o. two (2) Rigid 8000 Watt Portable Generators, serial numbers CHM3600059, and CHM3600058;

p. $80,196.79 in funds seized from Wells Fargo Bank Account # 5359277224; and

u. 2010 E550 Mercedes with VIN WDDKJ7CB1AF004641;

WHEREAS, this Court's August 13, 2012 Preliminary Order of Forfeiture also imposed a $648,195 personal money judgment against Defendant Okeayainneh, against which he shall be given credit for the net forfeited value of each asset that is finally forfeited in this action;

WHEREAS, on October 3, 2012, this Court entered a Second Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853(p) forfeiting $2,902.00 as a substitute asset in partial satisfaction of the $648,195 money judgment against Defendant Okeayainneh;

WHEREAS, the Plaintiff posted a Notice of Criminal Forfeiture for a least 30 consecutive days on an official government internet site (www.forfeiture.gov), beginning on October 4, 2012, providing notice of the government's intention to dispose of the above-described property in accordance with law, and of the right of third parties to

petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the above property; and

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. the Motion of the United States for a Final Order of Forfeiture [Docket No. 828] is GRANTED;

2. all right, title and interest in the following property is hereby forfeited to and vested in the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C) and 982(a)(1), 18 U.S.C. § 982(a)(2)(B), U.S.C. § 853(p), and 28 U.S.C. § 2461(c):

   a. eight (8) Apple IPads, serial numbers GB040MLUETV, J3034HQAETV, J3038KUPETV, GB039H7YZ3A, B039KENZ3A, B039OFOA90, V5038ZETETV, and G B040R8TETV;

   b. six (6) Dell Inspiron Laptops, serial numbers 4GHH9N1, G5PT7N1, G8CH9N1, CSKT7N1, J2BLDL1, and JMQR8L1;

   c. two (2) Acer Aspire Laptops, serial numbers LXPY90200101907F472000, and XPY9020010221EDA62000;

   d. MacBook Air Apple Laptop, serial number W8811J3MY51;

   e. HP Pavilion Desktop and Monitor, serial number MXX0270LK9;

   f. two (2) HP DeskJet F4580 Printers, serial numbers CN074C71W7, and CN981BQ217;

   g. Toshiba Laptop, serial number 2100512200176;

   h. two (2) Sony Vaio Laptops, serial numbers 54032350300100, and 329502361;

   i. two (2) HP Pavilion Notebooks, serial numbers CNF9429BDR, and CNF0265TNQ;

j.   HP Mini 210, serial number CNF00411G4;

k.   two (2) HP Notebooks, serial numbers CNF02179GK, and CNF0297Q5B;

l.   HP Touch Smart PC, serial number 3CR93911CW;

m.   Bose Wave Radio, serial number 034037C73475470AC;

n.   Panasonic Cordless Phone System;

o.   two (2) Rigid 8000 Watt Portable Generators, serial numbers CHM3600059, and CHM3600058;

p.   $80,196.79 in funds seized from Wells Fargo Bank Account # 5359277224; and

u.   2010 E550 Mercedes with VIN WDDKJ7CB1AF004641;

3.   In addition, all right title and interest in $2,902.00 in U.S. currency is hereby forfeited to and vested in the United States of America as substitute property in partial satisfaction of the $648,195 money judgment against Defendant Okeayainneh pursuant to 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c); and

4.   the above property shall be disposed of by the United States in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated:   December 14, 2012        s/ Michael J. Davis
                                  MICHAEL J. DAVIS, Chief Judge
                                  United States District Court