# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                         **ORDER**
                                         Criminal File No. 11-87 (MJD/JJK)

(1) JULIAN OKEAYAINNEH,

    Defendant.

On October 1, 2015, the Court granted Defendant Julian Okeayainneh's Pro Se Motion to Revoke Pro Se Request for Appointment of Counsel and Demand Ms. Jean Brandle to Immediately Withdraw as Counsel. [Docket No. 1097] On October 6, the Court granted the Government's request for a <u>Faretta</u> hearing regarding Defendant's request and stayed the briefing schedule pending that hearing. [Docket No. 1103]

In advance of the <u>Faretta</u> hearing, the Court appoints Attorney Jean Brandl as standby counsel for Defendant. The briefing schedule on the resentencing and the pro se motions continues to be stayed until the <u>Faretta</u> hearing is completed.

1

Accordingly, based upon the files, records, and proceedings herein, **IT IS**

**HEREBY ORDERED**:

Attorney Jean Brandl is appointed as standby counsel for Defendant Julian Okeayainneh, and she shall appear for Defendant's <u>Faretta</u> hearing on October 20, 2015, at 9:30 a.m. in Courtroom 13E in the Minneapolis Federal Courthouse.


Dated:   October 7, 2015             <u>s/ Michael J. Davis</u>
                                     Michael J. Davis
                                     United States District Court