UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.        **ORDER**
        Criminal File No. 11-87 (MJD/JJK)

(1) JULIAN OKEAYAINNEH,

    Defendant.

In accordance with this Court's oral ruling during the October 20, 2015, <u>Faretta</u> hearing**, IT IS HEREBY ORDERED**:

1. Attorney Jean Brandl is appointed as standby counsel for Defendant Julian Okeayainneh for the resentencing set for December 22, 2015.

2. Attorney Brandl is only authorized to assist Defendant regarding his resentencing pursuant to remand from the Eighth Circuit Court of Appeals in <u>United States v. Adejumo</u>, 772 F.3d 513 (8th Cir. 2014). Attorney Brandl is not authorized to assist Defendant with regard to other motions or issues.

3. With regard to the resentencing, Attorney Brandl may assist Defendant as little or as much as Defendant requests. Attorney Brandl is permitted to assist Defendant by writing a sentencing position brief on Defendant's behalf that is consistent with the

1

rules of professional conduct and may provide that brief to Defendant. Defendant may edit the brief as he wishes, sign it, and file it as his own.

Dated: October 21, 2015          s/ Michael J. Davis
                                                   Michael J. Davis
                                                   United States District Court