UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.          **ORDER**
        Criminal File No. 11-87 (MJD/HB)

(1) JULIAN OKEAYAINNEH,

    Defendant.

This matter is before the Court on Defendant Julian Okeayainneh's Pro Se Motion Requesting "Soft Unredacted Duplicate Full Trial Court Jury Instructions Transcript" Required for the Pending Appeal. [Docket No. 1178] Okeayainneh requests that the Court order the court reporter "to transcribe and file" an unredacted transcript of the Court's jury instructions. A complete transcript of the Court's jury instructions was filed on February 21, 2013 as Docket Number 865. Therefore, Okeayainneh's motion is denied as moot.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

Julian Okeayainneh's Pro Se Motion Requesting "Soft Unredacted Duplicate Full Trial Court Jury Instructions Transcript" Required for the Pending Appeal [Docket No. 1178] is **DENIED AS MOOT**.

Dated:   April 25, 2016                     s/ Michael J. Davis
                                                      Michael J. Davis
                                                      United States District Court